| United States Bankruptcy Court<br>Northern District of Alabama | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Anderson, Douglas** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Anderson, Susan Helen** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Doug Anderson** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Susan Anderson** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0591** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6531** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1804 Old Shocco Road**<br>**Talladega, AL**    ZIP Code **35160** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1804 Old Shocco Road**<br>**Talladega, AL**    ZIP Code **35160** |
| County of Residence or of the Principal Place of Business:<br>**Talladega** | County of Residence or of the Principal Place of Business:<br>**Talladega** |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 394**<br>**Talladega, AL**    ZIP Code **35161** | Mailing Address of Joint Debtor (if different from street address):<br>**P. O. Box 394**<br>**Talladega, AL**    ZIP Code **35161** |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)
- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Anderson, Douglas**<br>**Anderson, Susan Helen** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Anderson, Douglas
Anderson, Susan Helen

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Douglas Anderson_
Signature of Debtor **Douglas Anderson**

X _Susan Helen Anderson_
Signature of Joint Debtor **Susan Helen Anderson**

Telephone Number (If not represented by attorney)

**November 22, 2013**
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Harry P. Long ASB-0546-N77H**
Printed Name of Attorney for Debtor(s)

**Law Office of Harry P. Long**
Firm Name

**Post Office Box 1468**
**10 West 11th Street, Suite 2A**
**Anniston, AL 36202**

Address

Email: hlonglegal@aol.com
**256-237-3266 Fax: 256-237-3268**
Telephone Number

**November 22, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Douglas Anderson**
      **Susan Helen Anderson**

Debtor(s)

Case No. _____

Chapter    11

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _Douglas Anderson_

Date:  November 22, 2013

# United States Bankruptcy Court
## Northern District of Alabama

In re    **Douglas Anderson**
**Susan Helen Anderson**
_____
Debtor(s)

Case No.  _____

Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _Susan Helen Anderson_

Date: _November 22, 2013_

# United States Bankruptcy Court
## Northern District of Alabama

In re    Douglas Anderson  
      Susan Helen Anderson                          Case No. _____  
                             Debtor(s)               Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AT&T Universal Card<br>Des Moines, IA 50363 | AT&T Universal Card<br>Des Moines, IA 50363 | Credit Card | | 8,527.63 |
| Bank of America<br>Post Office Box 851001<br>El Paso, TX 79998 | Bank of America<br>Post Office Box 851001<br>El Paso, TX 79998 | Credit Card | | 4,677.85 |
| Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285 | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285 | Credit Card | | 8,802.30 |
| BB&T<br>P.O. Box 580050<br>Charlotte, NC 28258 | BB&T<br>P.O. Box 580050<br>Charlotte, NC 28258 | Stampede Restaurant Building | | 230,000.00<br><br>(150,000.00 secured) |
| Capital One Retail Services<br>Dept 7680<br>Carol Stream, IL 60116 | Capital One Retail Services<br>Dept 7680<br>Carol Stream, IL 60116 | Credit Card (Kawasaki) | | 7,201.12 |
| Chase Card member Services<br>P.O. Box 94014<br>Palatine, IL 60094 | Chase Card member Services<br>P.O. Box 94014<br>Palatine, IL 60094 | Credit Card | | 8,010.05 |
| Chase Card member Services<br>P.O. Box 94014<br>Palatine, IL 60094 | Chase Card member Services<br>P.O. Box 94014<br>Palatine, IL 60094 | Credit Card | | 4,639.12 |
| Citi Cards Processing Center<br>Des Moines, IA 50363 | Citi Cards Processing Center<br>Des Moines, IA 50363 | Credit Card | | 21,507.93 |
| Deetto<br>P.O. Box 23060<br>Columbus, GA 31902 | Deetto<br>P.O. Box 23060<br>Columbus, GA 31902 | Credit Card | | 6,947.01 |
| Discover Card<br>P.O. Box 71084<br>Charlotte, NC 28272 | Discover Card<br>P.O. Box 71084<br>Charlotte, NC 28272 | Credit Card | | 7,304.90 |
| Frontier Bank<br>c/o SMS Financial<br>P.O. Box 912453<br>Denver, CO 80291-2453 | Frontier Bank<br>c/o SMS Financial<br>P.O. Box 912453<br>Denver, CO 80291-2453 | Collection | | 15,895.43 |

In re   **Douglas Anderson**
      **Susan Helen Anderson**                  Case No. _____

               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Heritage Bank of the South<br>P.O. Drawer 630<br>Sylacauga, AL 35150 | Heritage Bank of the South<br>P.O. Drawer 630<br>Sylacauga, AL 35150 | Note | | 42,107.86 |
| Kay Gurley<br>203 Waites Road<br>Talladega, AL 35160 | Kay Gurley<br>203 Waites Road<br>Talladega, AL 35160 | 1669 Old Shocco Rd.<br>Talladega, AL 35160 | | 19,411.00<br><br>(15,000.00 secured) |
| Lowe's/GECRB<br>PO Box 530914<br>Atlanta, GA 30353 | Lowe's/GECRB<br>PO Box 530914<br>Atlanta, GA 30353 | Credit Card | | 9,800.03 |
| PNC Bank<br>P.O. Box 34077<br>Carmichaels, PA 15320-7777 | PNC Bank<br>P.O. Box 34077<br>Carmichaels, PA 15320-7777 | 1590 Old Shocco Road<br>12 unit apartments | | 438,517.63<br><br>(100,000.00 secured) |
| PNC Bank<br>P.O. Box 34077<br>Carmichaels, PA 15320-7777 | PNC Bank<br>P.O. Box 34077<br>Carmichaels, PA 15320-7777 | Percy Apartments<br>8 unit apartments | | 293,246.02<br><br>(100,000.00 secured) |
| PNC Bank<br>P.O. Box 34077<br>Carmichaels, PA 15320-7777 | PNC Bank<br>P.O. Box 34077<br>Carmichaels, PA 15320-7777 | 1900 Old Shocco Road<br>16 unit apartments | | 306,396.05<br><br>(120,000.00 secured) |
| State of Alabama<br>Department of Revenue<br>50 North Ripley Street<br>Montgomery, AL 36132 | State of Alabama<br>Department of Revenue<br>50 North Ripley Street<br>Montgomery, AL 36132 | Sales tax for Stampede Restaurant | Contingent<br>Unliquidated<br>Disputed | 61,431.00 |
| Wells Fargo Card Services<br>P.O. Box 30097<br>Los Angeles, CA 90030 | Wells Fargo Card Services<br>P.O. Box 30097<br>Los Angeles, CA 90030 | Line of Credt | | 4,780.66 |
| Wells Fargo Card Services<br>P.O. Box 30097<br>Los Angeles, CA 90030 | Wells Fargo Card Services<br>P.O. Box 30097<br>Los Angeles, CA 90030 | Line of Credit | | 4,742.24 |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Douglas Anderson**
      **Susan Helen Anderson**                              Case No. _____

                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      We, **Douglas Anderson** and **Susan Helen Anderson**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **November 22, 2013** _____    Signature  _____
                                              **Douglas Anderson**
                                            Debtor

Date  **November 22, 2013** _____    Signature  _____
                                              **Susan Helen Anderson**
                                            Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Alabama

In re    **Douglas Anderson,**
       **Susan Helen Anderson**

Case No. _____

Debtors

Chapter        **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 605,500.00 | | |
| B - Personal Property | Yes | 4 | 201,770.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,453,475.82 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 61,431.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 184,408.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,687.00 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 807,270.00 | | |
| Total Liabilities | | | | 1,699,315.45 | |

# United States Bankruptcy Court
## Northern District of Alabama

In re    **Douglas Anderson,**
**Susan Helen Anderson**

Case No. _____

_____ ,
                  Debtors

Chapter _____ **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

  ☒   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Douglas Anderson,**
      **Susan Helen Anderson**

Case No. _____

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Percy Street Apts**<br>**8 Unit Apartments**<br>**Talladega, AL** | **Fee Simple** | J | 100,000.00 | 293,246.02 |
| **House & 10 Acres**<br>**1804 Old Shocco Road**<br>**Talladega, AL** | **Homestead** | J | 75,000.00 | 56,382.24 |
| **1900 Old Shocco Road**<br>**16 Unit Apartments**<br>**Talladega, AL** | **Fee Simple** | J | 90,000.00 | 306,396.05 |
| **1590 Old Shocco Road**<br>**12 Unit Apartments**<br>**Talladega, AL** | **Fee Simple** | J | 100,000.00 | 438,517.63 |
| **1800 sq ft +- Body Shop Building**<br>**210 Court St.**<br>**Talladega, AL** | **Fee Simple** | J | 30,000.00 | 46,734.68 |
| **Trailer Park with 9 trailers, rental lots, and laundry**<br>**facility (2 dryers & 4 washing machines)**<br>**1590 & 1897 Old Shocco Road**<br>**Talladega, AL** | **Fee Simple** | J | 25,000.00 | 0.00 |
| **2400 sq ft +- Building**<br>**118 Battle St.**<br>**Talladega, AL** | **Fee Simple** | J | 20,000.00 | 27,036.20 |
| **Stampede Restaurant Building**<br>**711 Battle St.**<br>**Talladega, AL** | **Fee simple** | J | 150,000.00 | 260,427.87 |
| **Empty Lot**<br>**304 Percy St.**<br>**Talladega, AL** | | - | 500.00 | 0.00 |

Sub-Total >    590,500.00    (Total of this page)

**1**    continuation sheets attached to the Schedule of Real Property

In re  **Douglas Anderson,**
     **Susan Helen Anderson**
                               Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Duplex Apartments**<br>**1667 Old Shocco Road**<br>**Talladega, AL 35161** | **Fee simple** | J | 15,000.00 | 19,411.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **15,000.00** | (Total of this page) |
| Total > | **605,500.00** |  |

(Report also on Summary of Schedules)

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

In re   **Douglas Anderson,**
           **Susan Helen Anderson**

Case No. _____

_____

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **South First Bank, Talladega, Husband checking** | H | 0.00 |
| | | | **Cheaha Bank, Oxford, Wife checking** | W | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **List** | J | 0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | J | 200.00 |
| 7. | Furs and jewelry. | | **Jewelry** | J | 500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **2 pistols, shotgun** | J | 300.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Liberty National 225k - term policy** | H | 0.00 |
| | | | **ALFA Life policies** Husband Death Benefit $106,000 Wife Death Benefit $250,000 Cash Value husband: $5,095 Cash Value wife: $7,023 | J | 12,118.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **13,118.00**
(Total of this page)

**3**   continuation sheets attached to the Schedule of Personal Property

In re **Douglas Anderson,**            Case No. _____
      **Susan Helen Anderson**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | It may be shown as owner of Title Depot but I transferred ownership about 3 years ago | J | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Brandon Hunt from sale of business and equipment at Stampede restaurant | J | 150,000.00 |
| | | Jeff Strickland - Judgment | J | 8,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      158,000.00<br>(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **Douglas Anderson,**
       **Susan Helen Anderson**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **BP claim** | J | **Unknown** |
| | | **Numerous rent claims** | J | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Toyota Camry** | J | **6,000.00** |
| | | **2012 Toyota Tacoma** | J | **17,652.00** |
| | | **2009 Honda Civic (mother's)** | H | **2,500.00** |
| | | **(2) Kawasaki 4-wheelers** | J | **3,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >      **29,152.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **Douglas Anderson,**
        **Susan Helen Anderson**
                               Debtors

Case No._____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Lawn Mower, tools, Kubota tractor** | J | 1,500.00 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 1,500.00 |
| Total > | 201,770.00 |

(Report also on Summary of Schedules)

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re    **Douglas Anderson,**        Case No. _____
        **Susan Helen Anderson**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                            $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wearing Apparel**<br>Clothing | Ala. Code §§ 6-10-6, 6-10-126 | 200.00 | 200.00 |
| **Furs and Jewelry**<br>Jewelry | Ala. Code § 6-10-6 | 500.00 | 500.00 |
| | Total: | 700.00 | 700.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **Douglas Anderson,**
**Susan Helen Anderson**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **7033** <br><br> **Bank of America** <br> **Post Office Box 650070** <br> **Dallas, TX 75265** | | | | J | 2003 <br><br> First Mortgage <br><br> 1804 Old Shocco Road <br> Homestead | | | | | |
| | | | | | Value $              75,000.00 | | | | 56,382.24 | 0.00 |
| Account No. **0803** <br><br> **BB&T** <br> **P.O. Box 580050** <br> **Charlotte, NC 28258** | | | | J | 2008 <br><br> First Mortgage <br><br> Stampede Restaurant Building | | | | | |
| | | | | | Value $             150,000.00 | | | | 230,000.00 | 80,000.00 |
| Account No. **9485** <br><br> **First National Bank of Talladega** <br> **P.O. Box 797** <br> **Talladega, AL 35160** | | | | J | 2008 <br><br> First Mortgage <br><br> Body Shop Building | | | | | |
| | | | | | Value $              50,000.00 | | | | 46,734.68 | 0.00 |
| Account No. **8146** <br><br> **First National Bank of Talladega** <br> **Post Office Drawer 797** <br> **Talladega, AL 35161** | | | | J | 2006 <br><br> First Mortgage <br><br> Building on Battle St. | | | | | |
| | | | | | 30,000.00 | | | | 27,036.20 | 0.00 |
| **2**   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 360,153.12 | 80,000.00 |

Best Case Bankruptcy

In re     **Douglas Anderson,**               Case No. _____

         **Susan Helen Anderson**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. n/a<br><br>**Kay Gurley**<br>**203 Waites Road**<br>**Talladega, AL 35160** | | J | **First Mortgage**<br><br>**1669 Old Shocco Rd.**<br>**Talladega, AL 35160**<br><br>Value $      15,000.00 | | | | 19,411.00 | 4,411.00 |
| Account No. 6214<br><br>**PNC Bank** ,<br>**P.O. Box 34077**<br>**Carmichaels, PA 15320-7777** | | J | 2008<br><br>**First Mortgage**<br><br>**Percy Apartments**<br>**8 unit apartments**<br><br>Value $     100,000.00 | | | | 293,246.02 | 193,246.02 |
| Account No. 6304<br><br>**PNC Bank**<br>**P.O. Box 34077**<br>**Carmichaels, PA 15320-7777** | | J | 2005<br><br>**First Mortgage**<br><br>**1900 Old Shocco Road**<br>**16 unit apartments**<br><br>Value $     120,000.00 | | | | 306,396.05 | 186,396.05 |
| Account No. 6304<br><br>**PNC Bank**<br>**P.O. Box 3407**<br>**Carmichaels, PA 15320-7777** | | J | 10/2008<br><br>**First Mortgage**<br><br>**1590 Old Shocco Road**<br>**12 unit apartments**<br><br>Value $     100,000.00 | | | | 438,517.63 | 338,517.63 |
| Account No.<br><br>**PNC Bank**<br>**P.O. Box 34077**<br>**Carmichaels, PA 15320-7777** | | J | 2003<br><br>**First Mortgage**<br><br>**Trailer Park**<br><br>Value $      25,000.00 | | | | 18,100.00 | 0.00 |

Sheet   1   of   2   continuation sheets attached to             Subtotal       | 1,075,670.70 | 722,570.70
Schedule of Creditors Holding Secured Claims                 (Total of this page)

In re  **Douglas Anderson,**
       **Susan Helen Anderson**

Case No. _____

_____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1412** <br><br> **Southeast Toyota Finance** <br> **P.O. Box 70832** <br> **Charlotte, NC 28272** | | J | **12/2011** <br><br> **Purchase Money Security** <br><br> **2012 Toyota Tacoma Truck** <br><br> Value $ 20,000.00 | | | | 17,652.00 | 0.00 |
| Account No. | | | <br> Value $ | | | | | |
| Account No. | | | <br> Value $ | | | | | |
| Account No. | | | <br> Value $ | | | | | |
| Account No. | | | <br> Value $ | | | | | |

Sheet  **2**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 17,652.00 | 0.00 |
|---|---|

Total
(Report on Summary of Schedules)

| 1,453,475.82 | 802,570.70 |
|---|---|

In re    **Douglas Anderson,**                    Case No._____
       **Susan Helen Anderson**

                                                 Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                     **1**     continuation sheets attached

In re   **Douglas Anderson,**
         **Susan Helen Anderson**
                                Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | Sales tax for Stampede Restaurant | | | | | | |
| **State of Alabama Department of Revenue 50 North Ripley Street Montgomery, AL 36132** | | J | | X | X | X | 61,431.00 | 61,431.00 | 0.00 |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**    of  **1**     continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 61,431.00 | 61,431.00 / 0.00 |
| Total (Report on Summary of Schedules) | 61,431.00 | 61,431.00 / 0.00 |

In re    **Douglas Anderson,**                               Case No._____
           **Susan Helen Anderson**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0013<br><br>Advanta Credit Cards<br>P.O. Box 31032<br>Tampa, FL 33631 | | H | 05/2005<br>Credit Card<br>Bill Parker Motors | | | | 1,896.07 |
| Account No. 1002<br><br>American Express<br>Post Office Box 650448<br>Dallas, TX 75265 | | W | 8/2004<br>Credit Card<br>Shocco Properties | | | | 965.59 |
| Account No. 1004<br><br>American Express<br>Post Office Box 650448<br>Dallas, TX 75265 | | W | 4/2005<br>Credit Card<br>Shocco Properties | | | | 3,494.60 |
| Account No. 9845<br><br>AT&T Universal Card<br>Des Moines, IA 50363 | | H | 12/2002<br>Credit Card | | | | 8,527.63 |
| **6**   continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | 14,883.89 |

In re    **Douglas Anderson,**
     **Susan Helen Anderson**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| **Account No. 9227**<br><br>**Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** | | W | | 9/2003<br>**Credit Card** | | | | 8,802.30 |
| **Account No. 5899**<br><br>**Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** | | W | | 6/2000<br>**Credit Card** | | | | 585.90 |
| **Account No. 0506**<br><br>**Bank of America**<br>**Post Office Box 851001**<br>**El Paso, TX 79998** | | J | | 2/2011<br>**Credit Card** | | | | 4,677.85 |
| **Account No. 8753**<br><br>**BarclayCard Card Services**<br>**P.O. Box 13337**<br>**Philadelphia, PA 19101** | | H | | 6/2011<br>**Credit Card** | | | | 664.89 |
| **Account No. 2758**<br><br>**Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130** | | W | | 2/1991<br>**Bankruptcy Notice Department** | | | | 744.18 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 15,475.12

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Douglas Anderson,**
         **Susan Helen Anderson**
                                                        Case No. _____
_____
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 2758<br><br>**Capital One Bank**<br>**P.O. Box 60599**<br>**City of Industry, CA 91716** | | W | | 9/1997<br>**Credit Card** | | | | 744.18 |
| Account No. 4076<br><br>**Capital One Retail Services**<br>**Dept 7680**<br>**Carol Stream, IL 60116** | | J | | 12/2012<br>**Credit Card (Kawasaki)** | | | | 7,201.12 |
| Account No. 4885<br><br>**Chase Card member Services**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** | | W | | 6/2007<br>**Credit Card** | | | | 4,639.12 |
| Account No. 8034<br><br>**Chase Card member Services**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** | | W | | 3/2008<br>**Credit Card** | | | | 8,010.05 |
| Account No. 2913<br><br>**Citi Cards Processing Center**<br>**Des Moines, IA 50363** | | H | | 5/1991<br>**Credit Card** | | | | 21,507.93 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 42,102.40 |

In re  **Douglas Anderson,**
     **Susan Helen Anderson**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9TEN<br><br>CVA of the Southeast, LLC<br>P.O. Box 741889<br>Atlanta, GA 30374 | | H | Medical Services | | | | 111.50 |
| Account No. 3811<br><br>Deetto<br>P.O. Box 23060<br>Columbus, GA 31902 | | H | 8/2006<br>Credit Card | | | | 6,947.01 |
| Account No. 7314<br><br>Dillard's/GECRB<br>P.O. Box 960012<br>Orlando, FL 32896 | | W | 6/2010<br>Credit Card | | | | 502.58 |
| Account No. 6064<br><br>Discover Card<br>P.O. Box 71084<br>Charlotte, NC 28272 | | J | 9/2008<br>Credit Card | | | | 2,996.78 |
| Account No. 7798<br><br>Discover Card<br>P.O. Box 71084<br>Charlotte, NC 28272 | | J | 3/2007<br>Credit Card | | | | 7,304.90 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,862.77**

In re    **Douglas Anderson,**
       **Susan Helen Anderson**                       Case No. _____

                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx0092<br><br>**Frontier Bank**<br>**c/o SMS Financial**<br>**P.O. Box 912453**<br>**Denver, CO 80291-2453** | | H | 07-31-2013<br>Collection | | | | 15,895.43 |
| Account No. 9224<br><br>**Heritage Bank of the South**<br>**P.O. Drawer 630**<br>**Sylacauga, AL 35150** | | H | 7/2004<br>Note | | | | 42,107.86 |
| Account No. **128-6**<br><br>**HFC**<br>**P.O. Box 4153**<br>**Carol Stream, IL 60197** | | H | 4/2005<br>Credit Card | | | | 3,322.94 |
| Account No. 8616<br><br>**Holloway & Moxley**<br>**PO Box 4953**<br>**Montgomery, AL 36103** | | J | Attorneys for Baptist Health System, Inc.<br>Medical Services | | | | 1,229.91 |
| Account No.<br><br>**Home Depot Credit Services**<br>**Department 32**<br>**Post Office Box 183175**<br>**Columbus, OH 43218** | | W | 3/1999<br>Credit Card | | | | 2,700.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
        (Total of this page)             **65,256.14**